# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AFFINITY NETWORK, INC., | Case No. 2:17-cv-01397-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 5) |
| INTELIQUENT, INC., | |
| Defendant(s). | |

This case is at its inception. Counsel have presented to the Court a dispute that should not exist. In particular, Defendant currently seeks a 14-day extension to the deadline to respond to the complaint (despite previously seeking from opposing counsel agreement to a 10-day extension) and Plaintiff refuses to agree to more than a 7-day extension. *See* Docket Nos. 5, 7. The briefing is filled with counter-accusations of unreasonable behavior, and unsubtle accusations of deception and bad faith. Counsel are expected to zealously advocate for their clients, but **the Court will not allow this case to be litigated in contravention of the rules requiring civility and professionalism**. *See, e.g.*, Local Rule 1-1(c). Counsel are hereby **WARNED** that they shall adhere to the requirements of civility and professionalism moving forward.

Turning to the merits of the motion, the Court finds good cause for a 10-day extension. The motion is therefore **GRANTED** in part and **DENIED** in part.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

DATED: May 25, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge